IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Daryl Harper, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| -vs- | ) No. 14-cv-1237 |
| | ) |
| Thomas Dart, Sheriff of Cook County, and Cook County, | ) *(Judge Chang)* |
| | ) |
| *Defendants.* | ) |

## STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

It is stipulated between the parties, by their respective undersigned counsel, that this action is dismissed with prejudice and without costs.

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Suite Rear
Chicago, IL 60643
(773)233-7900
*An attorney for plaintiff*

/s/ Thomas Cargie (with consent)
Thomas Cargie, ASA
69 W. Washington, Suite 2030
Chicago, IL 60602
*An attorney for defendant Cook County*

/s/ Nicholas Cummings (with consent)
Nicholas Cummings, ASA
500 Richard J. Daley Center
Chicago, IL 60602
*An attorney for defendant Sheriff*